UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT,

   Plaintiff,          CASE #1:13-cv-620

v.                  HON. GORDON J. QUIST

RESURRECTION LIFE FULL GOSPEL
CHURCH, a Domestic Non-Profit Corporation

   Defendants.

| Pete M. Monismith | JOEL W. BAAR  (P56796) |
|---|---|
| 3945 Forbes Avenue #175 | Bolhouse, Baar & Lefere |
| Counsel for Plaintiff | Counsel for Defendant |
| Pittsburgh, PA 15213 | 3996 Chicago Drive SW |
| (724) 610-1881 | Grandville, MI   49418 |
| pete@monismithlaw.com | (616) 531-7711 |
| | joelb@bolhouselaw.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR ATTORNEY FEES**

  The parties to this Stipulation having agreed, and the Court being fully advised;

  NOW, THEREFORE; IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant Resurrection Life Full Gospel Church are hereby dismissed with prejudice and without costs or attorney fees to any party.

  This Order resolves the last pending claim and closes the case.

Dated:   July 11, 2013          /s/ Gordon J. Quist
                     HON. GORDON J. QUIST

**STIPULATED AND AGREED:**

| BY: /s/ Pete M. Monismith | BY:    /s/ Joel W. Baar |
|---|---|
| Pete M. Monismith | JOEL W. BAAR  (P56796) |
| Counsel for Plaintiff | Bolhouse, Baar & Lefere |
| 3945 Forbes Avenue #175 | Counsel for Defendant |
| Pittsburgh, PA 15213 | 3996 Chicago Drive SW |
| (724) 610-1881 | Grandville, MI 49418 |
| pete@monismithlaw.com | (616) 531-7711 |
| | joelb@bolhouselaw.com |